# Patrick Bumpass

| | |
|---|---|
| **From:** | Patrick Bumpass |
| **Sent:** | Tuesday, December 2, 2025 10:49 AM |
| **To:** | Patrick Bumpass |
| **Subject:** | FW: Action Requested: PACER Fee Exemption Request for Ms. Lakia Faison PACER ID: 8303013 |
| **Attachments:** | MCE_Form_2025.10.15_revised.pdf; PACER_2025.10.15.xlsx; exempt_model_order - Researcher.pdf |

**From:** AOdb_Multi-CourtExemptions <Multi-CourtExemptions@ao.uscourts.gov>
**Sent:** Wednesday, November 26, 2025 6:17 PM
**To:** Catherine O'Hagan Wolfe <Catherine_Wolfe@ca2.uscourts.gov>; Patricia Dodszuweit <patricia_dodszuweit@ca3.uscourts.gov>; Nwamaka Anowi <Nwamaka_Anowi@ca4.uscourts.gov>; Lyle Cayce <Lyle_Cayce@ca5.uscourts.gov>; Kelly Stephens <Kelly_Stephens@ca6.uscourts.gov>; Christopher Conway <Chris_Conway@ca7.uscourts.gov>; Maureen Gornik <Maureen_Gornik@ca8.uscourts.gov>; Molly Dwyer <Molly_Dwyer@ca9.uscourts.gov>; Chris Wolpert <Chris_Wolpert@ca10.uscourts.gov>; Dave Smith <Dave_Smith@ca11.uscourts.gov>; Clifton Cislak <Clifton_Cislak@cadc.uscourts.gov>; Trey Granger <Trey_Granger@almd.uscourts.gov>; Thomas O'Malley <Thomas_OMalley@almd.uscourts.gov>; Mags Everette <Mags_Everette@azd.uscourts.gov>; Tammy Downs <Tammy_Downs@ared.uscourts.gov>; Thomas Bruton <Thomas_Bruton@ilnd.uscourts.gov>; Tyler Gilman <Tyler_Gilman@mtd.uscourts.gov>; Denise Lucks <Denise_Lucks@ned.uscourts.gov>; Mitch Elfers <Mitchell_R_Elfers@nmd.uscourts.gov>; Brenna Mahoney <Brenna_Mahoney@NYED.USCOURTS.GOV>; Wendy Oliver <Wendy_Oliver@tnwd.uscourts.gov>; Brian Karth <Brian_Karth@cacd.uscourts.gov>; John Morrill <John_Morrill@casd.uscourts.gov>; Angela Caesar <Angela_Caesar@dcd.uscourts.gov>; Jessica Lyublanovits <Jessica_Lyublanovits@flnd.uscourts.gov>; Angela Noble <Angela_Noble@flsd.uscourts.gov>; David Bunt <David_Bunt@gamd.uscourts.gov>; Chandlor Collins <Chandlor_Collins@iasd.uscourts.gov>; Jonathan Morse <Jonathan_Morse@miwd.uscourts.gov>; Michelle Benham <Michelle_Benham@miwd.uscourts.gov>; Danny Ortiz <Danny_Ortiz@nysd.uscourts.gov>; Rachel Slusher <Rachel_Slusher@nysd.uscourts.gov>; Mary Loewenguth <Mary_Loewenguth@nywd.uscourts.gov>; Peter Moore <PETER_MOORE@nced.uscourts.gov>; Richard Nagel <Richard_Nagel@ohsd.uscourts.gov>; Heidi Campbell <Heidi_Campbell@oknd.uscourts.gov>; Joan Kane <Joan_Kane@okwd.uscourts.gov>; Christy Weller <Christy_Weller@ord.uscourts.gov>; Melissa Aubin <Melissa_Aubin@ord.uscourts.gov>; David O'Toole <David_O'Toole@txed.uscourts.gov>; Karen Mitchell <Karen_Mitchell@txnd.uscourts.gov>; Nathan Ochsner <Nathan_Ochsner@txs.uscourts.gov>; Philip Devlin <Philip_Devlin@txwd.uscourts.gov>; Fernando Galindo <Fernando_Galindo@vaed.uscourts.gov>; George Wylesol <George_Wylesol@paed.uscourts.gov>; Maggie Botkins <Maggie_Botkins@wyd.uscourts.gov>; Nathan Graves <Nathan_Graves@moed.uscourts.gov>; Paige Wymore-Wynn <Paige_Wymore-Wynn@mow.uscourts.gov>
**Cc:** Roger Jacobson <Roger_Jacobson@ao.uscourts.gov>; Hope Forsyth <hope_forsyth@ao.uscourts.gov>
**Subject:** Action Requested: PACER Fee Exemption Request for Ms. Lakia Faison PACER ID: 8303013

Good Afternoon,

The attached Multi-Court Exemption Applications and supporting documentation requests exemption from EPA fees for Ms. Lakia Faison from October 15 through January 31, 2026. We recommend the exemption requests be approved.

The Electronic Public Access Fee Schedule provides that a court may consider exempting individual researchers associated with educational institutions if they have shown that the defined research project is intended for scholarly research that is limited in scope and not intended for redistribution on the internet or for commercial

1

purposes. A request is limited in scope if the amount of exempt access requested is narrowly tailored to meet the needs of the defined research project.

Ms. Lakia Faison, a doctoral student associated with the George Mason University, is conducting research that will identify and compare criminal cases in which defendants claim actual innocence on appeal to determine why some defendants may be more likely to achieve exoneration than other defendants. She is seeking to review a total of 161 cases from 11 circuit court of appeals and 34 district courts.

Ms. Lakia Faison's PACER account number is 8303013. For your convenience, a sample order is attached. If your court chooses to grant Ms. Faison's exemption request, please forward a copy of the order to the PACER Service Center at pacer@psc.uscourts.gov and to this mailbox at Multi-CourtExemptions@ao.uscourts.gov.

Should you have any questions, please contact me via my email signature below. Thank you.

Michael Djan
EPA Management Analyst
Court Services Office
Department of Program Services
Administrative Office of the U.S Courts
Washington DC, 20544
202-502-2273